IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ADRIAN GUTIERREZ MARTINEZ,

Plaintiff,

vs.

LARRY W. KAHL, DON WHITMIRE, KRIS BOE SIMMONS, JUVET CHE, Dr. MD; DAVID MITCHELL, Dr. Ph.D.; and AMANDA HOLMGREEN, Dr. Ph.D.;

Defendants.

8:22CV445

ORDER

This matter is before the Court on the Motion for Leave to Proceed in Forma Pauperis ("IFP") filed by Plaintiff on May 11, 2023. Filing No. 16. Plaintiff was previously granted leave to proceed IFP on January 3, 2023. Filing No. 6. Accordingly,

IT IS ORDERED that:

1. Plaintiff's Motion for Leave to Proceed IFP, Filing No. 16, is denied as moot.

2. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

3. Plaintiff is further advised that any document he sends to the Court for filing in this case must include the case number (8:22CV445).

Dated this 31st day of May, 2023.

BY THE COURT:

*[signature: Joseph F. Bataillon]*

Joseph F. Bataillon
Senior United States District Judge